AO FORM 85 RECEIPT (REV. 9/04)



United States District Court for the District of Delaware

Civil Action No. CA 07-639

PD scanned

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

___10/16/07___      X Braheem Poteat
(Date forms issued)     (Signature of Party or their Representative)

X Braheem Poteat
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

I/M Braheem Doreat
SBI# 376603    UNIT D East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
25 OCT 2007 PM 2 T

Office of the clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm, DE 19801-3570