IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRAHEEM POTEAT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-639-GMS |
| | ) | |
| ELIZABETH BURRIS, | ) | |
| Acting Warden, and ATTORNEY | ) | |
| GENERAL OF THE STATE | ) | |
| OF DELAWARE, | ) | |
| et. al., | ) | |
| | ) | |
| Respondents.[1] | ) | |

**ORDER OF DISMISSAL**

At Wilmington this 17th day of Dec., 2007;

IT IS ORDERED that:

Petitioner Braheem Poteat's request to voluntarily dismiss his § 2254 petition is **GRANTED**, and the above-captioned matter is **DISMISSED** without prejudice. (D.I. 5.) Respondents have not yet served an Answer. Fed. R. Civ. P. 41(a)(1); see Hilton v. Braunskill, 481 U.S. 770, 776 n.5 (1985)(Federal Rules of Civil Procedure may be applied to habeas corpus petitions filed pursuant to 28 U.S.C. § 2254 as long as the Rules are not inconsistent with the Rules Governing Habeas Corpus Cases Under § 2254). The Clerk is directed to close the case.

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Acting Warden Elizabeth Burris assumed office in September, 2007, replacing former Warden Thomas Carroll. See Fed. R. Civ. P. 25(d)(1).