Office of the clerk

07-639

I Braheem Poteat recieved stating that my petition was dismissed as requested. I don't know what went wrong but I did not knowingly request for my petition to be dismissed. How can I continue with it?

Thank you



BO scanned

I/M Raheem Poteat
SBI# 376103    UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

office of the clerk
United States District court
844 N. King street, Lockbox 18
Wilm, DE 19801-3570