IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRAHEEM POTEAT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 07-639-GMS |
| | ) |
| PERRY PHELPS, Warden, and | ) |
| ATTORNEY GENERAL OF | ) |
| THE STATE OF DELAWARE, | ) |
| | ) |
| | ) |
| Respondents.[1] | ) |

**ORDER TO REOPEN**

WHEREAS, petitioner Braheem Poteat filed a petition for the writ of habeas corpus

pursuant to 28 U.S.C. § 2254 on October 16, 2007 (D.I. 1.); and

WHEREAS, the court sent Poteat an AEDAPA election form informing him of his rights

and providing him with an opportunity to indicate how he wished to proceed (D.I. 4.); and

WHEREAS, after receiving Poteat's AEDPA election form on November 26, 2007

indicating his wish to voluntarily dismiss his habeas petition, the court dismissed Poteat's

petition without prejudice on December 17, 2007 (D.I. 5;  D.I. 6.); and

WHEREAS, on February 27, 2008, Poteat filed a letter motion stating that he had not

intended to voluntarily dismiss his case, and asking the court to reopen his habeas proceeding.

---

[1]Warden Perry Phelps assumed office in January 2008, replacing former warden Thomas
Carroll, an original party to this case. *See* Fed. R. Civ. P. 25(d)(1).

NOW, THEREFORE, IT IS ORDERED this __14th__ day of __April__,

2008, that Poteat's letter motion to reopen his § 2254 petition is **GRANTED**.    (D.I. 7.)    **Poteat**

**shall have 30 days to file the attached AEDPA election form** indicating his intent with respect

to his original petition.  Failure to timely file the attached election form will result in the court's

ruling on Poteat's original petition as filed on October 16, 2007.



CHIEF, UNITED STATES DISTRICT JUDGE

FILED

APR 1 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


BRAHEEM POTEAT                    )
                                  )
            Petitioner,           )
                                  )
v.                                )        Civil Action No. 07-639-GMS
                                  )
PERRY PHELPS,                     )
Warden, and ATTORNEY              )
GENERAL OF THE STATE              )
OF DELAWARE,                      )
                                  )
            Respondents.          )

## AEDPA ELECTION FORM

1. _____    I wish the court to rule on my § 2254
               petition as filed on October 16, 2007.  I realize
               that the law does not allow me to file
               successive or later petitions unless I
               receive certification to do so from the
               United States Court of Appeals for the
               Third Circuit; therefore, this petition
               will be my one opportunity to seek federal
               habeas corpus relief.


2. _____    I wish to amend the § 2254 petition filed on
               October 16, 2007 to include all the grounds I have.
               I will do so within thirty (30) days.  I realize
               that the law does not allow me to file
               successive or later petitions unless I
               receive certification to do so from the
               United States Court of Appeals for the
               Third Circuit; therefore, this amended
               all-inclusive petition will be my one
               opportunity to seek federal habeas corpus
               relief.

3

3. _____        I wish to withdraw my § 2254 petition
                    without prejudice to file one all-inclusive
                    petition in the future; that is, one
                    that raises all the grounds I have for
                    federal habeas corpus relief. I realize
                    this all-inclusive petition must be filed
                    within the one-year period as defined by
                    28 U.S.C. § 2244(d). *See Swartz v. Meyers*,
                    204 F.3d 417 (3d Cir. 2000).

4. _____        I am not seeking federal habeas corpus
                    relief under § 2254. I am instead seeking
                    relief under _____.

                    _____
                    Petitioner

4