D.I. #_____

# CIVIL ACTION
# NUMBER: 07 CV 639 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 168 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.58 |

Postmark Here

7002 3020 0002 3321 7562

Sent To: WARDEN HENRY PHELPS    07-639
Street: DELAWARE CORRECTIONAL CENTER    GMS
City: 1181 PADDOCK ROAD
SMYRNA, DE 19977

PS Form 3800, August 2006        See Reverse for Instructions