## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BRAHEEM POTEAT,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-639-GMS |
| | ) | |
| **PERRY PHELPS**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

### NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents in *Braheem Poteat v. State*, No. 238, 2003, have been filed and are available in paper form only:

    a. Appellant's Opening Brief and Appendix;

    b. State's Response;

    c. Opinion (December 19, 2003).

2. Notice is also given that certified copies of the following Delaware Supreme Court documents in *Braheem Poteat v. State*, No. 145, 2007, have been filed and are available in paper form only:

    a. Appellant's Opening Brief;

    b. State's Motion to Affirm;

    c. Order (August 14, 2007).

3. Notice is also given that an uncertified copy of the Delaware Superior Court Criminal Docket in *State v. Braheem Poteat*, ID. 0107011363, has been filed and is available in paper form only.

/s/Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

DATE: August 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on August 25, 2008, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

> Braheem Poteat
> No. 376102
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

>                                 /s/Kevin M. Carroll
>                                 Deputy Attorney General
>                                 Department of Justice
>                                 820 N. French Street
>                                 Wilmington, DE 19801
>                                 (302) 577-8500
>                                 Del. Bar. ID No. 4836
>                                 Kevin.Carroll@state.de.us

Date:  August 25, 2008